■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REESEIE NASH, Appellant. [900 NYS2d 230]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered September 19, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Lindley, Green and Gorski, JJ.